IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIELDTURF USA, INC. and FIELDTURF, INC.<br><br>                Plaintiff,<br><br>vs.<br><br>SPECIALTY SURFACES INTERNATIONAL, INC. d/b/a SPRINTURF, INC. and HENRY JULICHER<br><br>                Defendant. | CIVIL ACTION NO. 06-CV-02515 (LDD) |

## ORDER

AND NOW, this _____ day of July, 2006 upon consideration of the Unopposed Motion of Defendants, Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc. and Henry Julicher for an Extension of Time to Respond to the Complaint.

It is hereby ORDERED and DECREED that the motion is GRANTED and Defendants shall have until Wednesday, July 12, 2006 within which to move, answer or otherwise plead to the Complaint.

                                                  _____
                                                  Honorable Legrome D. Davis, U.S.D.C.

IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIELDTURF USA, INC. and FIELDTURF, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALTY SURFACES INTERNATIONAL, INC. d/b/a SPRINTURF, INC. and HENRY JULICHER<br><br>Defendant. | CIVIL ACTION NO. 06-CV-02515 (LDD) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants, Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc. and Henry Julicher (collectively "Sprinturf") by and through their attorneys hereby move for an extension of time within which to move, answer or otherwise plead to the Complaint of the Plaintiffs, Fieldturf USA, Inc. and Fieldturf, Inc. ("Fieldturf") and in support of this motion state the following:

1. Pursuant to the docket entries in this matter: (a) this action was commenced by Fieldturf on June 13, 2006, by filing of a Complaint against Defendants, Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc. and Defendant Henry Julicher; (b) on June 14, 2004 the Complaint was served upon Henry Julicher and Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc. according to an Affidavit of Service which was filed with the Court on June 26, 2006.

2. The law firm of Klehr, Harrison, Harvey, Branzburg & Ellers ("Klehr Harrison") was retained by Defendants on July 5, 2006 to represent Sprinturf.

PHIL1 686074-1

3. On July 5, 2006 Klehr Harrison through Don P. Foster, Esquire sent an email to Mitchell Bach at MBach@escm.com, the email address listed on the cover sheet accompanying the Complaint advising that Klehr Harrison had just been retained and had not yet seen the summons and requesting a one week extension of time in which to respond to the Complaint either by Answer or Motion. A true and correct copy of this email is attached as Exhibit A.

4. Also on July 5, 2006 Klehr Harrison through Don Foster, Esquire sent a letter via facsimile to Mitchell Bach, Esquire with courtesy copies sent via facsimile to Sheldon Kivell and Elizabeth S. Gallard of Eckert, Seamans Cherin, and Mellott, LLC all attorneys listed in the Complaint stating that Klehr Harrison had just been retained and requesting an extension of time for one week to respond to the Complaint. A true and correct copy of this letter is attached as Exhibit B.

5. Mr. Foster received a response from Ann in Mr. Bach's office stating that Mr. Bach "has no objection to an extension of time for one week." A copy of this email is attached as Exhibit C.

6. No prejudice will result to Fieldturf if the extension is granted.

7. However, prejudice will inure to Defendants, Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc. and Henry Julicher if the motion is not granted in that Fieldturf would be in a position to request a judgment by default.

8. Accordingly, Defendants, Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc. and Henry Julicher request that the court grant this motion and allow them until Wednesday, July 12, 2006 within which to move, answer or otherwise plead to Fieldturf's Complaint.

WHEREFORE, Defendants, Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc. and Henry Julicher respectfully request that the court enter an Order granting their Unopposed

Motion and giving them an extension until July 12, 2006 within which to move, answer or otherwise plead to the Complaint.

Respectfully submitted,

Dated: July 5, 2006

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: *Don Foster*

Don P. Foster
260 S. Broad Street
Philadelphia, PA 19102-5003

Attorney For Defendants, Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc. and Henry Julicher

EXHIBIT

A

tabbies

## Don Foster - no. 2:06-cv-02515 EDPA

**From:** Don Foster
**To:** MBach@eckertseamans.com
**Date:** 7/5/2006 10:43 AM
**Subject:** no. 2:06-cv-02515 EDPA

Mitchell;

We have just been retained to represent the defendants in the above matter. I have located the docket and see that an Affidavit has been filed stating that service was made on June 14 by hand-delivery at Sprinturf offices. I have no reason to dispute that, but I have not seen the Summons.

The date for filing an Answer or Motion is today. I am writing to request a one week extension of time withing which to respond. Please let me know of this is acceptable and I will prepare a Stipulation and Order.

Don Foster
Klehr Harrison Harvey
  Branzburg & Ellers
260 S. Broad Street
Philadelphia, Pa. 19102
215-569-4646
dfoster@klehr.com



EXHIBIT B

# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
ATTORNEYS AT LAW

**DON P. FOSTER**

Direct Dial: (215) 569-4646
DFoster@klehr.com

260 S. BROAD STREET
PHILADELPHIA, PA 19102

(215) 568-6060
FAX: (215) 568-6603

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Delaware Office**
919 Market Street
Suite 1000
Wilmington, Delaware 19801-3062
(302) 426-1189

July 5, 2006

**VIA FACSIMILE**

Mitchell L. Bach, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, Ninth Floor
Philadelphia, PA 19102

RE: **Fieldturf International, Inc. and Fieldturf, Incorporated vs. Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc.**
**Civil Action No.: 2:06-cv-02515 EDPA**

Dear Mitchell:

We have just been retained to represent the defendants in the above matter. I have located the docket and see that an Affidavit has been filed stating that service was made on June 14 by hand-delivery at Sprinturf offices. I have no reason to dispute that, but I have not seen the Summons.

The date for filing an Answer or Motion is today. I am writing to request a one week extension of time within which to respond. Please let me know if this is acceptable and I will prepare a Stipulation and Order.

Yours sincerely,

Don P. Foster

DPF:sm

Enclosure

PHIL1 686020-1

**EXHIBIT C**

| | |
|---|---|
| From: | <MBach@eckertseamans.com> |
| To: | "Don Foster" <DFOSTER@klehr.com> |
| Date: | 7/5/2006 2:24:02 PM |
| Subject: | Re: no. 2:06-cv-02515 EDPA |

Mr. Foster: Mitchell has asked me to forward to you copies of the return of service forms in this case. Also, he has no objection to an extension of time for one week.

Ann(See attached file: m0556586.pdf)(See attached file: m0556584.pdf)


Mitchell L. Bach
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, Ninth Floor
Philadelphia, Pa 19102

Phone: 215.851.8466
Fax: 215.851.8383
Cell: 215.429.0100
mbach@eckertseamans.com



"Don Foster"
<DFOSTER@klehr.com>                         To
                    Mitchell L Bach/ESCM@ESCM
07/05/2006 10:43                            cc
AM
                                         Subject
            no. 2:06-cv-02515 EDPA




Mitchell;

   We have just been retained to represent the defendants in the above matter. I have located the docket and see that an Affidavit has been filed stating that service was made on June 14 by hand-delivery at Sprinturf offices. I have no reason to dispute that, but I have not seen the Summons.
   The date for filing an Answer or Motion is today. I am writing to request a one week extension of time withing which to respond. Please let me know of this is acceptable and I will prepare a Stipulation and Order.

Don Foster
Klehr Harrison Harvey
 Branzburg & Ellers
260 S. Broad Street
Philadelphia, Pa. 19102
215-569-4646
dfoster@klehr.com

---

Scanned by Symantec Anti-Virus and Content Filtering before delivery.

This e-mail message and any files transmitted with it are subject to
attorney-client privilege and contain confidential information intended
only for the person(s) to whom this email message is addressed. If you have
received this e-mail message in error, please notify the sender immediately
by telephone or e-mail and destroy the original message without making a
copy.  Thank you.

Neither this information block, the typed name of the sender, nor anything
else in this message is intended to constitute an electronic signature
unless a specific statement to the contrary is included in this message.

**CC:**            <MBach@eckertseamans.com>

## CERTIFICATE OF SERVICE

I certify that on July __5__, 2006, I served a copy of the Unopposed Motion of Defendants, Specialty Surfaces International, Inc. d/b/a Sprinturf, Inc. and Henry Julicher for an Extension of Time to Respond to the Complaint, upon the following persons, addressed as follows, in the manner indicated below:

**VIA HAND DELIVERY**
Mitchell L. Bach, Esquire
Sheldon Kivell, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1515 Market Street, Ninth Floor
Philadelphia, PA 19102

_____
Don P. Foster